**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6658**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY ALLEN BAILEY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CR-94-111, CA-99-495-3-MU)

_____

Submitted:  August 23, 2001          Decided:  August 30, 2001

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerry Allen Bailey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Jerry Allen Bailey seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Bailey, Nos. CR-94-111; CA-99-495-3-MU (W.D.N.C. filed Mar. 29, 2001; entered Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED